| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:08-CR-22 |
| | § | |
| JIMMY LEE EUGLON | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

No party has filed objections. The defendant filed a notice indicating that he has no objections to Judge Giblin's recommendation and he waived his right to allocute and appear before sentence is imposed. The Court ORDERS that the findings of fact and recommendation on plea of true (#42) are ADOPTED. The Court finds that the defendant, Jimmy Lee Euglon, violated conditions of his supervised release.

The Court REVOKES the defendant's term of supervision. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of thirteen (13) months imprisonment for the revocation with credit for time served and no additional term of supervision to follow.

The Court further ORDERS that this term of imprisonment run consecutively to the term of imprisonment the defendant is currently serving in the Texas Department of Criminal Justice,

Institutional Division. The Court also recommends placement in the Federal Correctional Complex (FCC) in Beaumont, Texas.

SIGNED at Beaumont, Texas, this 10th day of April, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE